# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KATARUIS BRANTLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-3225 and 4D19-3226

[June 4, 2020]

Consolidated appeals of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case Nos. 14000640CF10A and 14-004347CF10A.

Kataruis Brantley, Florida City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***